UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20624-CIV-HOEVELER

MAXIMILLIAN ABREU, DARIO SILVESTRO,
MICHELLE ZAPATA, CIRCE C. RAYMOND,
EUNICE URAMIARE, FRANCISCO R. ARRUNATEGUI,
JAVIER OITANA, JULIO CHENG, LEONARDO ARRAEZ,
AND CARLOS RAMIREZ, on their own behalves
and others similarly situated,

    Plaintiffs,
v.

RUSSIAN PALACE, INC., a Florida Profit Corporation
and DMITRI KOTIKOVSKI, individually,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFFS' ORAL MOTION FOR DEFAULT AGAINST DEFENDANT DMITRI KOTIKOVSKI AND GRANTING PLAINTIFFS' MOTION FOR DEFENDANT TO PAY FOR MEDIATION CONFERENCE

THIS CAUSE comes before the Court on the Plaintiffs' oral motion for default against individual Defendant Dmitri Kotikovski. The oral motion was made at the pre-trial conference held before this Court on January 6, 2014. Defendant failed to appear at the conference despite having received notice of the conference.

Defendant subsequently filed a letter with the Court stating that Defendant missed the conference due to "basic communication error and my poor planning

skills" and stating that "I was under impression [sic] we have conference scheduled for January 7, 2014 and not January 6, 2014." ECF No. 41.  The Court notes, however, that just one month prior to this date, Defendant filed a motion for continuance of the trial date, noting that the pretrial conference was set for January 6, and seeking an extension of ninety days in which to find counsel to represent him.  ECF No. 36.  Thus, it appears that Defendant not only knew about the pre-trial conference but was apparently still looking for legal counsel at this late date - almost two years after the case was filed.

While the Court recognizes that Defendant is proceeding *pro se*, the Court observes that Defendant has not actively defended this case.  While Defendant filed an answer in March 2012, he failed to file anything else until he sought a continuance of a status conference in February 2013.  Nor did Defendant participate with opposing counsel in the preparation of a proposed scheduling report, as required.  Defendant also failed to appear at the conference after it was rescheduled to accommodate him.

This Court previously entered a Default Final Judgment in favor of Plaintiffs and against Defendant Russian Palace, Inc., in the amount of $70,933.48.  Based on Defendant Kotikovski's failure to appear before this Court for the properly scheduled pre-trial conference, and his pattern of non-activity in this matter, it is

ORDERED AND ADJUDGED that Default be entered against Defendant Kotikovski.  Plaintiffs shall submit a motion for default judgment, with supporting documentation, within thirty (30) days.  As Defendant has asked for additional time

in which to find counsel, the Court will permit Defendant an additional (30) days in which to find counsel. If Defendant fails to file a notice of appearance of counsel before February 17, 2014, the Court will proceed to enter default judgment in favor of Plaintiffs and against Defendant.

Further, a review of the record reveals that Defendant Kotikovski failed to appear at a mediation conference in August 2013, and the Court hereby GRANTS Plaintiffs' motion to compel the Defendant to pay $250, as the cost for the mediation.

DONE AND ORDERED IN Chambers in Miami this 17th day of January 2014.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
    Kelly Amritt
        Rubenstein Law, P.A.
        2 South University Drive, Ste. 235
        Plantation, Florida 33324
    Dmitri Kotikovski
        1770 NE 205 Terrace
        North Miami Beach, Florida 33179